UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICA FIRST LEGAL FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL ELECTION COMMISSION,**<br><br>Defendant. | Civil Action No. 24-0517 (JDB) |

## ORDER

Defendant has now answered plaintiff's complaint seeking declaratory and injunctive relief requiring defendant to act on plaintiff's administrative complaint. Based on the Court's review of the complaint and answer, it appears that the requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) do not apply. Defendant raises grounds for dismissal or summary judgment but has not yet filed a dispositive motion. Accordingly, it is hereby **ORDERED** that the parties shall confer and submit by not later than May 20, 2024, a proposed briefing schedule for the filing of dispositive motions to resolve this matter. In the event the parties cannot agree, separate proposals shall be filed by that date.

/s/
JOHN D. BATES
United States District Judge

Dated:  May 6, 2024

1